USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

LYNNETTE TATUM-RIOS, individually and as the representative of a class of similarly situated persons,

                          Plaintiff,

            -against-

SENSORY CLOUD, INC., *d/b/a* FEND,

                         Defendant.

-------------------------------------------------------------------X

**21-CV-8552 (PAE) (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Order of Dismissal filed on November 9, 2021 (doc. no 8) the Initial Case Management Conference previously scheduled for **January 13, 2022** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:     New York, New York
               November 10, 2021

                                                             _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge